FLORENCE SCHWINDT, as Administratrix, etc., of JACOB SCHWINDT, Deceased, Respondent, v. GEORGE S. THOMPSON and SINGER SEWING MACHINE COMPANY, Appellants.—Motion of appellant Singer Sewing Machine Company for reargument denied, with ten dollars costs. Motion of said appellant for leave to appeal

to the Court of Appeals denied. Stay continued as to said appellant until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.